DONE and SIGNED this 25 day of June, 2013

_Stephen V. Callaway_
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

FILED
JUN 2 5 2013
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: CHRISTINE ANN SPURGEON               Bankruptcy Case Number: 13-10885

SS#: xxx-xx-2262

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on _APRIL 30, 2013_ and modified on _JUNE 21, 2013_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

IT IS ORDERED THAT:     The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Total Payment(s): $_ as of_.
   Amount of each Monthly Plan Payment: $_200.00_.
   Monthly Plan Payments shall be due on the _15TH_ day of each month, beginning _MAY 2013_.
   Term of Plan Payments shall be: _36_ months.
   Moratorium granted for : .
   Special / Additional Provisions: : _Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property , real property, Debtor's home, or any Debtor's oil, gas, mineral interest._
   _If plan is overfnnded, the funds remaining on hand may be distributed to unsecured creditors._

   ☐ This Plan Confirmation includes a *30 Day Drop Dead* provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**

   | Lucy G. Sikes , | X | Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered |
   | Chapter 13 Trustee | | to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing |
   | Post Office Box 2218 | | Trustee and mail same on or before each due date reflected above, until further Order of this Court. |
   | Memphis, TN 38101-2218 | | No Payroll Deduction is ordered. |

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $_2,800.00_, of which $_2,800.00_ is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   ☐ Attorney Fees capped at $_, per Court authority.

4) **Other Provisions:**
   ☑ Trustee's Motion to Dismiss Case [#17] is WITHDRAWN.
   Any compensation or reimbursement of advanced expenses for debtor's counsel set forth herein that is contrary to the WDLA Bankruptcy Judges Standing Uniform Order of March 5, 2010, is DENIED and NOT APPROVED by this Order.

###

SIGNED ON
JUN 2 5 2013
_Christine Spurgeon_
CHAPTER 13 DEBTOR