DONE and SIGNED this 25 day of June, 2013

_Stephen V. Callaway_
STEPHEN V. CALLAWAY
UNITED STATES BANKRUPTCY JUDGE

**FILED**
JUN 2 5 2013
EDWARD A. TAKARA, CLERK
UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT of LOUISIANA

United States Bankruptcy Court
Western District of Louisiana
Shreveport Division

In Re: CHRISTINE ANN SPURGEON   Bankruptcy Case Number: 13-10885

SS#:  xxx-xx-2262

## ORDER CONFIRMING CHAPTER 13 PLAN

The Debtor(s) Plan was filed on _APRIL 30, 2013_ and modified on _JUNE 21, 2013_. A summary of the Plan or summary of the final modification of the Plan was transmitted to the creditors under Bankruptcy Rule 3015. The Court finds that the Plan meets the requirements of 11 U.S.C. § 1325.

**IT IS ORDERED THAT:** The Debtor(s) Chapter 13 Plan is confirmed with the following provisions:

1) **Payments:**
   Total Payment(s): $_ as of _.
   Amount of each Monthly Plan Payment: _$200.00_.
   Monthly Plan Payments shall be due on the _15TH_ day of each month, beginning _MAY 2013_.
   Term of Plan Payments shall be: _36_ months.
   Moratorium granted for : .
   Special / Additional Provisions: : _Debtor(s) is required to obtain Court approval prior to entering into any contractual agreement wherein the Debtor(s) buys, sells or leases any automobile, major personal property, real property, Debtor's home, or any Debtor's oil, gas, mineral interest._
   _If plan is overfnnded, the funds remaining on hand may be distributed to unsecured creditors._

   ☐ This Plan Confirmation includes a _30 Day Drop Dead_ provision on all future Plan Payments to the Trustee.

2) **Plan Payments shall be payable to:**

   | | | |
   |---|---|---|
   | Lucy G. Sikes, | X | Payroll Deduction is ordered: Unless previously ordered, the Debtor(s) employer is ordered |
   | Chapter 13 Trustee | | to deduct payments from the earnings of the Debtor, draw checks in the name of the Standing |
   | Post Office Box 2218 | | Trustee and mail same on or before each due date reflected above, until further Order of this Court. |
   | Memphis, TN 38101-2218 | | No Payroll Deduction is ordered. |

3) **Attorney Fees:**
   The Debtor(s) attorney is awarded a fee in the amount of $_2,800.00_, of which $_2,800.00_ is due and payable from the Bankruptcy Estate without prejudice to filing a Noticed Fee Application for additional sums for services expended pre- and post- filing.

   ☐ Attorney Fees capped at $_, per Court authority.

4) **Other Provisions:**
   ☑ _Trustee's Motion to Dismiss Case [#17] is WITHDRAWN._
   Any compensation or reimbursement of advanced expenses for debtor's counsel set forth herein that is contrary to the WDLA Bankruptcy Judges Standing Uniform Order of March 5, 2010, is DENIED and NOT APPROVED by this Order.

###

**SIGNED ON**
JUN 2 5 2013
_Christine Spurgeon_
CHAPTER 13 DEBTOR

```
                          United States Bankruptcy Court
                          Western District of Louisiana
In re:                                                            Case No. 13-10885-SVC
Christine Ann Spurgeon                                            Chapter 13
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0536-5         User: rxparker          Page 1 of 3              Date Rcvd: Jun 26, 2013
                             Form ID: pdf1           Total Noticed: 25
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 28, 2013.
```
db           +Christine Ann Spurgeon,    9534 Gold Bar Rd,    Shreveport, LA 71129-8766
smg          +Louisiana Department of Revenue and Taxation,    Attn: Bankruptcy Division,    P.O. Box 66658,
               Baton Rouge, LA 70896-6658
6129436      +American Express,    Po Box 3001,    16 General Warren Blvd,    Malvern, PA 19355-1245
6129437      +Cap1/bstby,   26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
6154562      +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
6129438      +Carter Federal Credit,    6885 Bert Kouns Industrial Loop,    Shreveport, LA 71129-4708
6129439      +Chase,   Po Box 15298,    Wilmington, DE 19850-5298
6129441      +Comenity Bank/Jessica London,    Attention: Bankruptcy,    P.O. Box 182686,
               Columbus, OH 43218-2686
6129443      +Comenity Bank/Roamans,    Attn: Bankruptcy,    P.O. Box 182686,    Columbus, OH 43218-2686
6129444      +Comenity Bank/Woman Within,    Attention: Bankruptcy,    Po Box 182686,    Columbus, OH 43218-2686
6129440      +Comenity Bank/cathrins,    4590 E Broad St,    Columbus, OH 43213-1301
6129442      +Comenity Bank/lnbryant,    4590 E Broad St,    Columbus, OH 43213-1301
6151583      +Dressbarn/WFNNB,    Bankruptcy Dept.,    POB 182273,    Columbus, OH 43218-2273
6129448      +Gulf Coast P,    200 Saint Charles Ave,    New Orleans, LA 70130-2903
6129449      +Hsbc Bank,    Hsbc Card Services / Attn: Bankruptcy De,    Po Box 5204,
               Carol Stream, IL 60197-5204
6129450      +Lane Bryant Retail/soa,    450 Winks Ln,    Bensalem, PA 19020-5932
6131047      +Sheriff, Caddo Parish,    505 Travis Street, 7th Floor,    Shreveport LA 71101-3029
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: bankruptcy@lwc.la.gov Jun 26 2013 19:22:57     Louisiana Department of Labor,
               Attn:  Kathy Bookter,   P.O. Box 94094,    Baton Rouge, LA  70804-9094
smg          +E-mail/Text: bankruptcy@lwc.la.gov Jun 26 2013 19:22:57     State of Louisiana, Dept. of Labor,
               Delinquent Accounts Unit,    POB 44127,    Baton Rouge, LA 70804-4127
6154562      +E-mail/Text: bnc@bass-associates.com Jun 26 2013 19:22:11     Capital One, N.A.,
               Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,    Tucson, AZ 85712-1083
6129446      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:47     GECRB/JC Penny,
               Attention: Bankruptcy,    Po Box 103104,    Roswell, GA 30076-9104
6129447      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:47     GECRB/Walmart,   Walmart/GEMB,
               Po Box 103104,   Roswell, GA 30076-9104
6129445      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:47     Gecrb/chevron Dc,   Po Box 965015,
               Orlando, FL 32896-5015
6129451      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:47     Lowes /GECRB,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
6154610       E-mail/PDF: rmscedi@recoverycorp.com Jun 26 2013 19:24:31
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
6129452      +E-mail/PDF: gecsedi@recoverycorp.com Jun 26 2013 19:23:48     Sams Club / GEMB,
               Attention: Bankruptcy Department,    Po Box 103104,    Roswell, GA 30076-9104
                                                                                              TOTAL: 9

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr*          +Capital One, N.A.,    Bass & Associates, P.C.,    3936 E. Ft. Lowell Road, Suite #200,
               Tucson, AZ 85712-1083
cr*          +Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
                                                                                              TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

***** BYPASSED RECIPIENTS (continued) *****

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 28, 2013**                    **Signature:**        */s/ Joseph Speetjens*

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2013 at the address(es) listed below:
              Kelli Rene' Cook     on behalf of Debtor Christine Ann Spurgeon kellilaw@cook4law.com
              Lucy G. Sikes (Ch 13 Trustee)    ecf@sikeschapter13.com
              Office of   U. S. Trustee    USTPRegion05.SH.ECF@usdoj.gov
              Patti H. Bass    on behalf of Creditor    Capital One, N.A. ecf@bass-associates.com
                                                                                             TOTAL: 4